Martha G. Bronitsky
Chapter 13 Standing Trustee
Po Box 5004
Hayward, CA 94540
(510) 266- 5580

Trustee for Debtor(s)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| In Re | |
|---|---|
| Silpa C Pakanati | Chapter 13 Case Number: 23-41405-WJL13 |
| Debtors(s) | |

### NOTICE OF CONFIRMATION HEARING DATE, TIME AND LOCATION

TO DEBTOR(S), DEBTOR(S)' ATTORNEY AND ALL INTERESTED PARTIES:

NOTICE IS HEREBY GIVEN that a Confirmation Hearing will be held on January 11, 2024 at 1:30 pm at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, California. All interested parties may appear in-person or by Zoom Webinar. Additional information is available on the Bankruptcy Court's website at www.canb.uscourts.gov on Judge Lafferty's Procedure page. Information on how to attend the hearing by Zoom Webinar will be provided under Judge Lafferty's Open Calendar Procedure on the court's website.

Date: November 30, 2023
/s/ Martha G. Bronitsky
Signature of Martha G. Bronitsky
Chapter 13 Standing Trustee

| | |
|---|---|
| In Re | |
| Silpa C Pakanati | Chapter 13 Case Number: |
| | 23-41405-WJL13 |
| Debtors(s) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served a copy of the within and foregoing document on the debtor (s), counsel for debtor (s), and if applicable, the creditor, creditor representatives and the registered agent for the creditor by depositing it in the United States mail with first class postage attached thereto.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

| | |
|---|---|
| November 30, 2023 | /s/Lily Sookvamdee |
| | Lily Sookvamdee |
| | |
| | Pro Per |
| Silpa C Pakanati | |
| 1853 Via Di Salerno | (Counsel for Debtor) |
| Pleasanton, CA 94566 | |
| | |
| (Debtor(s)) | |

| | |
|---|---|
| Jpmorgan Chase Bank, National Association | Jpmcb Home |
| C/O Mccarthy & Holthus, Llp | 7 00 Kansas Ln |
| 2763 Camino Del Rio South, Suite 100 | Monroe, LA 71203 |
| San Diego, CA 92108 | (Creditor) |
| (Creditor) | |
| | Mortgage Lender Services, Inc. |
| Bank Of America | 7844 Madison Ave., Suite 145 |
| Po Box 982238 | Fair Oaks, CA 95628 |
| El Paso, TX 79998 | (Creditor) |
| (Creditor) | |
| | Rubicon Mortg. Fund |
| Citicards Cbna | C/O Scheer Law Group, Llp |
| Po Box 6241 | 155 N. Redwood Dr., Ste. 100 |
| Sioux Falls, SD 57117 | San Rafael, CA 94903 |
| (Creditor) | (Creditor) |
| | |
| Franchise Tax Board | Rubicon Mortgage Fund, Llc |
| Po Box 2952 | 3575 Mount Diablo Blvd #215 |
| Sacramento, CA 958122952 | Lafayette, CA 94549 |
| (Creditor) | (Creditor) |

| | |
|---|---|
| 1 | Maheswara Lingareddy |
| 2 | 1853 Via Di Salerno<br>Pleasanton, CA  94566<br>(Creditor) |
| 3 | |
| 4 | United States Treasury<br>Po Box 7346 |
| 5 | Philadelphia, PA  191017346<br>(Creditor) |
| 6 | |
| 7 | United States Treasury<br>Po Box 7346<br>Philadelphia, PA  191017346 |
| 8 | (Creditor) |
| 9 | |
| 10 | Rubicon Mortgage Fund, Llc<br>C/O Scheer Law Group, Llp<br>85 Argonaut #202 |
| 11 | Aliso Viejo, Ca 92656<br>Aliso Viejo, CA  00000 |
| 12 | (Creditor) |
| 13 | Chase Mortgage |
| 14 | ,  00000 |
| 15 | (Creditor) |
| 16 | United States Treasury<br>Po Box 7346 |
| 17 | Philadelphia, PA  191017346<br>(Creditor) |
| 18 | |