| | |
|---|---|
| 1 | SCHEER LAW GROUP, LLP<br>SPENCER P. SCHEER #107750 |
| 2 | JOSHUA L. SCHEER #242722<br>REILLY D. WILKINSON #250086 |
| 3 | 155 N. Redwood Drive, Suite 100<br>San Rafael, CA  94903 |
| 4 | Telephone:  (415) 491-8900<br>Facsimile:  (415) 491-8910 |
| 5 | R.650-050S-B |
| 6 | Attorneys for Secured Creditor<br>Rubicon Mortgage Fund, LLC |
| 7 | |

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re:<br><br>Silpa C Pakanati,<br>aka Silpa C Pakanati<br>aka Silpa Pakanati,<br><br>        Debtor. | Bk. No.  23-41405- WJL<br><br>R.S. No. SPS-111<br><br>Chapter 13<br><br>**NOTICE OF HEARING**<br><br>Hearing-<br>Date:   12/20/2023<br>Time:  9:30 AM<br>Place:  Bankruptcy Court<br>          1300 Clay Street<br>          Courtroom 220<br>          Oakland, CA 94612 |

TO ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that on December 20, 2023, at 9:30 AM at the United States Bankruptcy Court, 1300 Clay Street, Courtroom 220, Oakland, CA, 94612, the undersigned will bring on for Preliminary Hearing the attached Motion for Relief from Automatic Stay before the Honorable, United States Bankruptcy Judge William J. Lafferty.  **All interested parties should consult the Bankruptcy Court's website at www.canb.uscourts.gov for information about court operations. The Bankruptcy Court's website provides information regarding how to arrange a telephonic or video appearance. If you have any questions regarding how to appear at a court hearing, you may contact the Bankruptcy Court by calling (888) 821-**

**7606 or by using the Live Chat feature on the Bankruptcy Court's website.**

      Counsel, parties, and other interested parties (1) hearings will be held in person but all parties may attend by Zoom Webinar/AT&T Teleconfence, (2) additional information is available on Judge Lafferty's Procedures page on the court's website, and (3) information on how to attend the hearing by Zoom Webinar/AT&T Teleconference will be included in each calendar posted under Judge Lafferty's Calendar on the court's website.

      Although no written response is required, your failure to appear in person or through counsel at the above noticed hearing may result in the Court granting the relief requested in the motion.

                                                  SCHEER LAW GROUP, LLP

Date: November 30, 2023                    /s/ Spencer P. Scheer
                                                               #107750