| | |
|---|---|
| 1 | SCHEER LAW GROUP, LLP<br>SPENCER P. SCHEER #107750 |
| 2 | JOSHUA L. SCHEER #242722<br>REILLY D. WILKINSON #250086 |
| 3 | 155 N. Redwood Drive, Suite 100<br>San Rafael, CA 94903 |
| 4 | Telephone: (415) 491-8900<br>Facsimile: (415) 491-8910 |
| 5 | R.650-050S-B |
| 6 | Attorneys for Secured Creditor<br>Rubicon Mortgage Fund, LLC |

UNITED STATES BANKRUPTCY COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| In re: | Bk. No. 23-41405-WJL |
| Silpa C Pakanati,<br>aka Silpa C Pakanati<br>aka Silpa Pakanati | R.S. No. SPS-111<br><br>Chapter 13 |
| | CERTIFICATE OF SERVICE BY MAIL |
| Debtors. | Hearing-<br>Date: 12/20/2023<br>Time: 9:30 AM<br>Place: Bankruptcy Court<br>1300 Clay Street<br>Courtroom 220<br>Oakland, CA 94612 |

I, _Alani Gaytan_, declare that:

I am employed in the County of Orange, State of California. I am over the age of 18 and am not a party to the within action; my business address is 85 Argonaut, Suite 202, Aliso Viejo, CA 92656.

On January 4, 2024, I served the within PROPOSED ORDER VACATING STAY on the interested parties in this action by placing true and correct copies thereof enclosed in a sealed envelope with postage prepaid in the United States Mail at Aliso Viejo, California, addressed as follows:

**DEBTOR**
Silpa C Pakanati
1853 Via Di Salerno
Pleasanton, CA 94566

| | |
|---|---|
| 1 | **CO- DEBTOR**<br>Maheswara Lingareddy<br>1853 Via Di Salerno<br>Pleasanton, CA 94566 |
| 2 | |
| 3 | |
| 4 | **CHAPTER 13 TRUSTEE**<br>Martha G. Bronitsky<br>P.O. Box 5004<br>Hayward, CA 94540 |
| 5 | |
| 6 | **U.S. TRUSTEE**<br>Office of the U.S. Trustee/Oak<br>Office of the United States Trustee<br>Phillip J. Burton Federal Building<br>450 Golden Gate Ave. 5th Fl., #05-0153<br>San Francisco, CA 94102 |
| 7 | |
| 8 | |
| 9 | |
| 10 | **NOTICE**<br>JPMorgan Chase Bank, National Association<br>McCarthy & Holthus, LLP<br>2763 Camino Del Rio South, Suite 100<br>San Diego, CA 92108 |
| 11 | |
| 12 | |
| 13 | **NOTICE**<br>JPMorgan Chase Bank, National Association,<br>Aldridge Pite, LLP<br>8880 Rio San Diego Drive, Suite 725<br>San Diego, CA 92108 |
| 14 | |
| 15 | |
| 16 | **NOTICE**<br>Sarah Shapero<br>100 Pine St. Ste 530<br>San Francisco, CA 94111 |
| 17 | |

[ X ]  (By Mail [Federal])  I placed such envelope with postage thereon fully prepaid in the United States mail at Aliso Viejo, California.

[  ]  (By Mail [State])  I am readily familiar with Scheer Law Group, LLP's practice for the collection and processing of correspondence for mailing with the United States Postal Service; it is deposited with the United States Postal Service on the same date in the ordinary course of business at the business address shown above; I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing contained in this declaration.

[  ]  (By Personal Service) I caused such envelope to be delivered by hand to the addressee(s).

[ X ]  Executed on January 4, 2024, at Aliso Viejo, California.

[ X ]  (State)  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[ X ]  (Federal)  I declare that I am employed in the office of a member of the Bar at whose direction this service was made.

                                                         /s/ Alani Gaytan<br>
                                                         Alani Gaytan